# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**JOE HENRY SCOTT, III,**

    Plaintiff,

v.                                             Case No. 3:19cv3546-TKW-HTC

**UNKNOWN,**

    Defendants.

_____/

# **O R D E R**

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 4). No objections to the Report and Recommendation were filed. Having reviewed the Report and Recommendation, I agree with the magistrate judge's determination that the complaint is frivolous and that the myriad of defects in the complaint are incurable. Accordingly, it is

    **ORDERED** that:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

    2.    The complaint (Doc. 1) is **DISMISSED with prejudice**.

    3.    The Clerk shall close the case file.

**DONE and ORDERED** this 25th day of October, 2019.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**